## STATE V. RUCKER

No. 387 PC

Case below: 47 NC App 585

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980.

## STATE v. SMITH

No. 151 PC

Case below: 45 NC App 501

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. STREET

No. 359 PC

Case below: 45 NC App 1

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 15 August 1980.

## STATE v. WALTON

No. 312 PC

Case below: 47 NC App 208

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. WILLIAMS

No. 299 PC

Case below: 47 NC App 205

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.